## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
## CIVIL ACTION NO. 3:20-CV-00119-JRW

*ELECTRONICALLY FILED*

| | |
|---|---|
| BETHANY BYRD, et al. | PLAINTIFFS |
| v. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, et al. | DEFENDANTS |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Come the Plaintiffs, through counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby move the Court for leave to file the attached First Amended Complaint. The primary purposes of the amendments are to 1) substitute one of the Plaintiffs, 2) add a Progressive entity as a Defendant and 3) add additional factual allegations in support of the causes of action. The amended action also addresses the Defendants' concerns over whether Rule 9(b) specificity requirements have been satisfied in relation to certain requests for relief. The amendment is timely, promotes efficiency and economy, and is brought in good faith. The amendment also negates the need for the proposed new Plaintiffs to file their own separate actions. There is no undue delay, bad faith, dilatory motive, or prejudice imposed by this filing.

The Plaintiffs respectfully requests that the Court enter the tendered Order allowing this amendment.

Respectfully submitted,

**SAM AGUIAR INJURY LAWYERS, PLLC**

*/s/ Sam Aguiar*
Sam Aguiar
Jonathan B. Hollan
Miles D. Mussetter
1201 Story Avenue, Suite 301
Louisville, Kentucky 40206
Phone: (502) 813-8900
Fax: (502) 491-3946
sam@kylawoffice.com
jhollan@kylawoffice.com
mmussetter@kylawoffice.com
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2020 the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Sam Aguiar*
*Counsel for Plaintiffs*