UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BETHANY BYRD et al.,                                                                    Plaintiffs,

v.                                                               Civil Action No. 3:20-cv-119-DJH-CHL

PROGRESSIVE DIRECT INSURANCE CO.
et al.,                                                                                 Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all remaining matters in this case (Docket No.

42), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice.  The parties shall tender an

agreed order of dismissal with prejudice within **fourteen (14) days** of entry of this Order.  The

Court will entertain a motion to redocket the action within fourteen (14) days of entry of this Order

in the event the settlement is not consummated.

October 14, 2021

**David J. Hale, Judge**
**United States District Court**

1