UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:20-CV-00119-DJH-CHL

SANDRA VANCE, Individually and On
Behalf of All Others Similarly Situated

-and-

DESTINY HICKS, Individually and On
Behalf of All Others Similarly Situated

    **PLAINTIFFS**

v.

PROGRESSIVE CASUALTY INSURANCE
COMPANY

-and-

PROGRESSIVE PALOVERDE
INSURANCE COMPANY

    **DEFENDANTS**

### STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Sandra Vance and Destiny Hicks ("Plaintiffs") and Defendants Progressive Casualty Insurance Company and Progressive Paloverde Insurance Company ("Progressive"), by and through counsel, hereby stipulate to the dismissal, with prejudice, of Plaintiffs' claims alleged against Progressive in the above-captioned case.

DATED October 27, 2021

**STIPULATED AND AGREED:**

/s/ *Casie D. Collignon*
Casie D. Collignon *(pro hac vice)*
ccollignon@bakerlaw.com
Justin T. Winquist *(pro hac vice)*
jwinquist@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO  80202
(303) 861-0600
(303) 861-7805 facsimile

/s/ Robert L. Steinmetz
rsteinmetz@gsblegal.com
GWIN STEINMETZ & BAIRD PLLC
401 West Main Street, Suite 1000
Louisville, KY  40202
(502) 618-5700
(502) 618-5701 facsimile

*Counsel for Defendants, Progressive Casualty Insurance Company and Progressive Paloverde Insurance Company*

/s/ *Sam Aguiar* (w/ permission)
Sam Aguiar
Sam Aguiar Injury Lawyers PLLC
1201 Story Avenue, Suite 301
Louisville, KY  40206
(502) 400-6969
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS** was filed and served on this 27th day of October 2021, on all counsel of record.

Sam Aguiar
Sam Aguiar Injury Lawyers PLLC
1201 Story Avenue, Suite 301
Louisville, KY  40206
(502) 400-6969
*Counsel for Plaintiffs*

                                                   */s/ Casie D. Collignon*