UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BETHANY BYRD et al.,     Plaintiffs,

v.     Civil Action No. 3:20-cv-119-DJH-CHL

PROGRESSIVE DIRECT INSURANCE CO. et al.,     Defendants.

\* \* \* \* \*

## ORDER

The remaining parties having filed a stipulation of dismissal with prejudice (Docket No. 44), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

October 28, 2021

*[signature]*

**David J. Hale, Judge**
**United States District Court**

1